| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ZARAGOSA,<br><br>            Plaintiff,<br><br>    v.<br><br>PEREZ, *et al.*,<br><br>            Defendants. | Case No. 1:19-cv-01575-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE (ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Ernest Zaragosa ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on November 5, 2019, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

      Plaintiff's application is incomplete. Plaintiff has only submitted the first page of the application, and has therefore failed to complete the form, sign the form, or submit a certified copy of his inmate trust account statement. Plaintiff must submit a completed and signed form with a certified copy of his inmate trust account statement if he wishes for his application to be considered.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;
2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **November 7, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE