| | |
|---|---|
| ERNEST ZARAGOSA,<br><br>                        Plaintiff,<br><br>           v.<br><br>PEREZ, et al.,<br><br>                        Defendants. | Case No.  1:19-cv-01575-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION<br><br>(Doc. No. 17) |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Plaintiff Ernest Zaragosa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2020, the assigned Magistrate Judge screened the second amended complaint and issued findings and recommendations recommending that the federal claims in this action be dismissed based on Plaintiff's failure to state a cognizable claim upon which relief may be granted, and that the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims.  (Doc. No. 17.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id. at 9.)  Following an extension of time (Doc. No. 19.), Plaintiff has failed to file objections.

///

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on July 31, 2020 (Doc. No. 17), are adopted in full;
2. The federal claims in this action are dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted;
3. The exercise of supplemental jurisdiction over Plaintiff's state law claims is declined, and the state law claims are dismissed, without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 1, 2020                               _____
                                                                              SENIOR  DISTRICT  JUDGE